# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEGGY L. HAMBY, | ) |
|       Plaintiff, | ) |
| vs. | )   Case No. 05-CV-609-FHM |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social Security<br>Administration, | ) |
|       Defendant. | ) |

## ORDER

This case is hereby reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) in accordance with the 10th Circuit Court of Appeals' Order and Judgment dated January 7, 2008, and filed in this Court on the 29th day of February, 2008.

SO ORDERED this 3rd day of March, 2008.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE